UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

STEVEN BROADUS, )
 )
    Petitioner, )
 )
v. ) Case No. CV412-035
 )
AL ST. LAWRENCE, )
 )
    Respondent. )

## REPORT AND RECOMMENDATION

Steven Broadus, a pre-trial detainee held at the Chatham County Detention Center while awaiting prosecution for carjacking, *see* attached state court docket sheet, petitions this Court under 28 U.S.C. § 2241, doc. 1, and moves for leave to file it in forma pauperis (IFP). Doc. 4. Jailed for some 18 months, he is unhappy with the pace of that case and insists that the state is violating his speedy trial, due process, and other rights. Doc. 1 at 1-5. He thus wants this Court to order his immediate release. *Id.* at 5 ¶ 9.

The Court **GRANTS** his IFP motion (doc. 4) but concludes his petition must be dismissed. Pretrial § 2241 petitions must be exhausted. *Wilkinson v. Dotson*, 544 U.S. 74, 79 2005) (all habeas corpus actions

"require a petitioner to fully exhaust state remedies"); *Thomas v. Crosby*, 371 F.3d 782, 812 (11th Cir. 2004) (Tjoflat, J., concurring) ("Among the most fundamental common law requirements of § 2241 is that petitioners must first exhaust their state court remedies."). Georgia law

> allows pretrial detainees to raise each of these types of claims either during state criminal proceedings or collaterally in a state habeas corpus action. *See Perera v. Miller*, 283 Ga. 583, 662 S.E.2d 544, 544 (Ga. 2008) (noting that criminal defendants can bring speedy trial claim and ineffective assistance of counsel claims during the course of criminal proceedings); *Jackson v. State*, 279 Ga. 449, 614 S.E.2d 781, 783–84 (Ga. 2005) (ruling on speedy trial claim and due process claim based on preindictment delay; claims initially brought in motion for a new trial and reasserted on direct appeal); *Rainwater v. Langley*, 277 Ga. 127, 587 S.E.2d 18, 19–20 (Ga. 2003) (challenging pretrial detention in state habeas petition); *Banks v. Waldrop*, 272 Ga. 475, 531 S.E.2d 708, 708 (Ga. 2000) (holding that challenge to pretrial detention based on contention of improper denial of bail is properly brought in state habeas petition); *McClure v. Hopper*, 234 Ga. 45, 214 S.E.2d 503, 506 (Ga. 1975) (holding that claim based on denial of a timely first appearance may be cognizable in habeas corpus action).

*Harvey v. Corbin*, 2011 WL 4369828 at * 2 (S.D. Ga. Aug. 12, 2011). As in *Harvey*, Broadus "has not alleged, and there is nothing in the record to suggest, that he filed a state habeas petition challenging his pre-trial detention." *Id.* Therefore, his petition should be **DISMISSED WITHOUT PREJUDICE** so that he may exhaust available state remedies.

**SO REPORTED AND RECOMMENDED,** this 13TH day of February, 2012.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA



**CHATHAM COUNTY, GA**
**Eastern Judicial Circuit of Georgia**

Home   Magistrate Court   Probate Court   State Court   Superior Court   Juvenile Court   Court Forms   Court Fees

February 10, 2012        Location: Case Details

Input your search...

### CASE LOOKUP

### COURT FORMS

### COURT FEES

### MAP & DIRECTIONS

### JURY SERVICES

### SITE SEARCH

## Case Details

### State VS. BROADUS, STEVEN DOUGLAS

- Case Events
- Charges
- Parties
- Proceedings

### Case Information

| | |
|---|---|
| Court: | Superior |
| Case Number: | CR102619 |
| Case Type: | HIJACKING MOTOR VEHICLE |
| Judge: | HON. PENNY H. FREESEMANN |
| Assistant District Attorney: | SARAH MOORHEAD |
| Date Filed: | 11/10/2010 |
| Status: | ACTIVE - |
| Next Event: | 2/28/2012 TRIAL DOCKET CALL |

### Defendant Information

| | |
|---|---|
| Name: | BROADUS, STEVEN DOUGLAS |
| DIN: | X0118935 |
| Gender: | MALE |
| Race: | AFRICAN AMERICAN |
| Height: | 71 |
| Weight: | 150 |
| Eyes: | BROWN |
| Hair: | BLACK |



Chatham County Sheriff X0118935

Click for large Picture

**Defendant History**

### Attorney Information

RICHARD M. DARDEN
33 BULL STREET STE 510
SAVANNAH, GA
31401

### Bondsman Information

N/A

### Case Events

| Date | Time | Code | Judge | Action |
|---|---|---|---|---|
| 2/28/2012 | 2:00PM | TRIAL DOCKET CALL | PENNY FREESEMANN | |
| 1/10/2012 | 2:00PM | TRIAL DOCKET CALL | PENNY FREESEMANN | |
| 11/29/2011 | 2:00PM | TRIAL DOCKET CALL | PENNY FREESEMANN | RESCHEDULE EVENT |
| 10/18/2011 | 2:00PM | TRIAL DOCKET CALL | PENNY FREESEMANN | |
| 9/20/2011 | 2:00PM | MOTION HEARING (MTH) | PENNY FREESEMANN | |
| 9/6/2011 | 2:00PM | TRIAL DOCKET CALL | PENNY FREESEMANN | EVENT CANCELLED - EC |
| 8/8/2011 | 10:30AM | MOTION HEARING (MTH) | PENNY FREESEMANN | |
| 6/7/2011 | 2:00PM | TRIAL DOCKET CALL | PENNY FREESEMANN | |
| 5/10/2011 | 2:00PM | MOTION HEARING (MTH) | PENNY FREESEMANN | |
| 3/28/2011 | 2:30PM | MOTION HEARING (MTH) | PENNY FREESEMANN | RESCHEDULE EVENT |
| 2/14/2011 | 1:30PM | PRETRIAL CONFERENCE | PENNY FREESEMANN | |
| 2/1/2011 | 2:30PM | STATUS CONFERENCE HEARING | PENNY FREESEMANN | |
| 12/15/2010 | 10:00AM | CALENDAR CALL | PENNY FREESEMANN | |

[Return to Top]

### Charges

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-5-21(C) | AGGRAVATED ASSAULT ON POLICE OFFICER | 1 | FELONY | 7/31/2010 2:07:02 PM | |
| 16-5-44.1 | HIJACKING MOTOR VEHICLE | 1 | FELONY | 11/4/2010 | |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 11/4/2010 | |
| 16-8-41 | ARMED ROBBERY | 1 | FELONY | 11/4/2010 | |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 11/4/2010 | |
| 16-10-24 | OBSTRUCTION | 1 | MISDEMEANOR | 11/4/2010 | |

| Code | Charge | Count | Level | Date |
|---|---|---|---|---|
| 40-6-395 | FLEEING TO ELUDE POLICE OFFICER | 1 | FELONY | 11/4/2010 |
| 40-6-390 | RECKLESS DRIVING | 1 | MISDEMEANOR | 11/4/2010 |
| 40-6-272 | FAILURE TO NOTIFY AFTER HITTING OBJECT | 1 | MISDEMEANOR | 11/4/2010 |
| 16-10-24 | OBSTRUCTION | 1 | MISDEMEANOR | 11/4/2010 |
| 16-10-24 | OBSTRUCTION | 1 | FELONY | 11/4/2010 |
| 16-11-106 | POSS FIREARM/KNIFE IN COMMITTING CRIME | 1 | FELONY | 11/4/2010 |
| 16-13-30(J) | POSS MARIJUANA WITH INTENT TO DISTRIBUT | 1 | FELONY | 11/4/2010 |
| 16-11-131 | POSSESS FIREARM BY CONVICTED FELON | 1 | FELONY | 11/4/2010 |

[Return to Top]

## Proceedings

| Date | Time | Event | Status | Judge | Notes |
|---|---|---|---|---|---|
| 2/28/2012 | 2:00PM | TRIAL DOCKET CALL | | PENNY FREESEMANN | |
| 1/13/2012 | | PRO SE LETTER RECEIVED AND CLERKS RESPONSE | | | |
| 1/10/2012 | 2:00PM | TRIAL DOCKET CALL | | PENNY FREESEMANN | |
| 11/29/2011 | 2:00PM | TRIAL DOCKET CALL | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 10/18/2011 | 2:00PM | TRIAL DOCKET CALL | | PENNY FREESEMANN | |
| 9/20/2011 | 2:00PM | MOTION HEARING (MTH) | | PENNY FREESEMANN | |
| 9/6/2011 | 2:00PM | TRIAL DOCKET CALL | EVENT CANCELLED - EC | PENNY FREESEMANN | |
| 8/16/2011 | | ENTRY OF APPEARANCE | | | FILED BY R.DARDEN/ |
| 8/8/2011 | 10:30AM | MOTION HEARING (MTH) | | PENNY FREESEMANN | |
| 7/1/2011 | | ORDER | | | ORDER ON MOTION TO WITHDRAW AS ATTORNEY OF RECORD - GRANTED/ |
| 6/13/2011 | | MOTION - TO WITHDRAW ATTY | GRANTED | | |
| 6/7/2011 | 2:00PM | TRIAL DOCKET CALL | | PENNY FREESEMANN | |
| 5/24/2011 | | TRANSCRIPT RECEIVED | | | SIMILAR TRANSACTIONS MOTION HEARING MAY 10,2011 |
| 5/13/2011 | | BRIEF | | | BRIEF IN SUPPORTO F STATE"S MOTION TO ALLOW EVIDENCE OF SIMILAR TRANSACTIONS/ |
| 5/10/2011 | 2:00PM | MOTION HEARING (MTH) | | PENNY FREESEMANN | |
| 4/27/2011 | | MASTER LIST FOR WITNESSES | | | STATE"S/ |
| 3/28/2011 | | STATES SUPPLEMENTAL DISCOVERY | | | SECOND DISCLOSURE/ |
| 3/28/2011 | 2:30PM | MOTION HEARING (MTH) | RESCHEDULE EVENT | PENNY FREESEMANN | |
| 3/21/2011 | | STATES SUPPLEMENTAL DISCOVERY | | | FIRST SUPPLEMENTAL DISCOVERY DISCLOSURE/ |
| 3/18/2011 | | MASTER LIST FOR WITNESSES | | | STATE"S/ |
| 3/4/2011 | | MOTION - JACKSON DENNO | | PENNY FREESEMANN | |
| 2/14/2011 | | PRETRIAL CONF SCHED ORDER | | | |
| 2/14/2011 | 1:30PM | PRETRIAL CONFERENCE | | PENNY FREESEMANN | |

| Date | Time | Event | | Party | Notes |
|---|---|---|---|---|---|
| 2/14/2011 | | OMNIBUS DISCOVERY AND INSPECTION MOTION | | | |
| 2/7/2011 | | STATE"S DISCOVERY DISCLOSURE | | | STATE"S DEMAND FOR DISCOVERY/ STATE"S DEMAND FOR IDENTIFICATION OF WITNESS/ STATE"S DEMAND FOR WITNESS STATEMENTS/ STATE"S DEMAND FOR ALIBI-RELATED DISCOVERY/ NOTICE OF INTENT TO OFFER EVIDENCE IN AGGRAVATION OF PUNISHMENT/ NOTICE OF INTENT TO PROSECUTE AS A RECIDIVIST/ NOTICE OF STATE"S INTENT TO INTRODUCE EVIDENCE OF SIMILAR TRANSACTIONS/ POTENTIAL WITNESSES KNOWN TO THE STATE AT THIS TIME/ |
| 2/1/2011 | 2:30PM | STATUS CONFERENCE HEARING | | PENNY FREESEMANN | |
| 12/15/2010 | | PLEA OF NOT GUILTY | | | |
| 12/15/2010 | 10:00AM | CALENDAR CALL | | PENNY FREESEMANN | |
| 11/24/2010 | | BENCH WARRANT SERVED | | | SERVED 11-22-10/ |
| 11/17/2010 | | BENCH WARRANT ISSUED | | | |
| 11/10/2010 4:16:58 PM | | SCREENING | | | Initial Case Screening / Scanning |
| 11/10/2010 | | INDICTMENT | | | |

[Return to Top]